UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL NORTON, Plaintiff, -against- KIM PARKER, ET AL. Defendants. | 26-CV-6197 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

On September 15, 2026 at 11:00AM, I held an initial telephonic case conference to evaluate Plaintiff Daniel Norton's ("Plaintiff") competency to proceed pro se in this matter, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure. Although I had ordered Plaintiff, Defendant Sabrina Morrissey ("Ms. Morrissey"), Defendant Eta Gershen ("Ms. Gershen"), and Phillip Solomon, Esq. ("Mr. Solomon") to appear for this conference, (Doc. 11), Plaintiff did not appear. As I informed the parties during the initial telephonic conference, Plaintiff contacted my chambers on September 14, 2026, and said that he would not be attending the conference. As stated on the record, it is hereby:

ORDERED that Ms. Morrissey shall file a copy of the docket from Plaintiff's New York State Guardianship Proceedings pursuant to Article 81 of the New York Mental Hygiene Law by September 29, 2026, after which I will review and designate specific documents from the docket that should subsequently be provided to me.

I respectfully direct the Clerk of Court to mail a copy of this order to Plaintiff at 305 East 86th Street, New York, NY 10028 and to Ms. Morrissey at Morrissey & Morrissey, LLP, 369 Lexington Avenue, Ste. 209 New York, NY 10017. My chambers will also email a copy of this

order to morrisseyllp@gmail.com.

SO ORDERED.

Dated: September 15, 2026
New York, New York

VERNON S. BRODERICK
United States District Judge